## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**BERNICE RUTLAND**                                                                                                     **PLAINTIFF**

**V.**                                                                                                                        **NO: 3:21CV234-M-JMV**

**ROBINSON PROPERTY GROUP, LLC,**                                                      **DEFENDANTS**
**DESERT MEDICAL EQUIPMENT, d/b/a**
**DESERT MEDICAL EQUIPMENT, INC.,**
**and CYNTHIA JANIE SCOTT**

## ORDER

      Before the Court is Defendants Robinson Property Group, LLC and Desert Medical Equipment d/b/a Desert Medical Equipment, Inc.'s Joint Motion to Dismiss Cross-claim against Desert Medical Equipment. [34]. Defendant Robinson Property Group, LLC has filed a cross-claim [18] against Desert Medical Equipment seeking indemnity and defense for the claims of the plaintiff in this action. Defendants Robinson Property Group, LLC and Desert Medical Equipment have notified the Court that an agreement has been reached wherein Desert Medical Equipment has agreed to fully indemnify and defend Robinson Property Group, LLC in this action. As a result, the Court finds Defendant Robinson Property Group, LLC's cross-claim [18] is now moot. Defendants' Joint Motion to Dismiss [34] is well-taken and should be **GRANTED**. Defendant Robinson Property Group, LLC's cross-claim against Desert Medical Equipment is **DISMISSED WITH PREJUDICE**.

      **SO ORDERED AND ADJUDGED**, this the 8th day of July, 2022.

                                                                                       **/s/ Michael P. Mills**
                                                                                       **UNITED STATES DISTRICT JUDGE**
                                                                                       **NORTHERN DISTRICT OF MISSISSIPPI**