IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BERNICE RUTLAND** **PLAINTIFF**

**V.** **NO: 3:21-CV-234**

**ROBINSON PROPERTY GROUP LLC, et al.** **DEFENDANTS**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day and the Orders of July 11, 2022 (ECF Nos. 42, 43), Judgment is entered in favor of Defendants Robinson Property Group LLC and Cynthia Scott and against Plaintiff Bernice Rutland; Defendant Robinson Property Group LLC's cross claim against Desert Medical equipment is dismissed with prejudice (*see* ECF No. 42); and Plaintiff's claims against Defendant Desert Medical Equipment are dismissed without prejudice (*see* ECF No. 43).

**SO ORDERED AND ADJUDGED**, this, the 15th day of August, 2023.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**